UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARREN SHULMAN and DEREK RIDDICK, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLIANCE MMA, INC., PAUL K. DANNER, III, and JOHN PRICE,<br><br>　　　　　　　　　　Defendants. | Case No. 17-CV-3282<br><br>NOTICE OF VOLUNTARY DISMISSAL |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/17

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above captioned action brought before the United States District Court for the Southern District of New York has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Darren Shulman and Derek Riddick hereby voluntarily dismiss the above captioned action, without prejudice, as to all defendants.

Dated: June 28, 2017

Respectfully submitted,

LEVI & KORSINSKY LLP

/s/ Adam M. Apton
Nicholas I. Porritt
Adam M. Apton
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Plaintiffs*

**SO ORDERED:**

[signature]
U.S.D.J.
tnc
6/29/17

MEMO ENDORSED